DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO SOLORIO-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. CR-S-08-305 EJG |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ARMANDO SOLORIO-ARROYO, Defendant. | Date: September 19, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, and Caro Marks, attorney for defendant Armando Solorio-Arroyo, as follows:

The Status Conference date of August 15, 2008 should be continued until September 19, 2008.

A continuance is necessary to allow the defendant to pursue a resolution of his case pursuant to Chapter Five of the federal sentencing guidelines. In addition, the defense needs additional time to receive the certified copy of the defendant’s criminal record and to calculate his guidelines in this non-fast-track case.

IT IS STIPULATED that the period from the signing of this Order up to and including September 19, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: August 13, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
________________________
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ARMANDO SOLORIO-ARROYO

Dated: August 13, 2008

MCGREGOR SCOTT
United States Attorney

/s/ Daniel McConkie
_________________________
DANIEL MCCONKIE
Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 15, 2008, be continued to September 19, 2008, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from this date to, and including, the September 19, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: August 18, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge