```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ARMANDO SOLORIO-ARROYO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-305 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| ARMANDO SOLORIO-ARROYO, | ) |
| Defendant. | ) Date: October 17, 2008<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, and Caro Marks, attorney for defendant Armando Solorio-Arroyo, as follows:

The Status Conference date of September 19, 2008 should be continued until October 17, 2008.

A continuance is necessary to allow the defendant to pursue a resolution of his case pursuant to Chapter Five of the federal sentencing guidelines. A lengthy debriefing has already taken place, and the parties anticipate at least two more before the case can be resolved. The parties may continue the October status conference if the defendant has not completed his obligations under the section 5K

1  agreement.

2     IT IS STIPULATED that the period from the signing of this Order up
3  to and including October 17, 2008 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
6  preparation of counsel.

8  Dated: September 12, 2008          Respectfully submitted,

9                                     DANIEL BRODERICK
                                      Federal Defender
10
                                      /s/ Caro Marks
11                                    _____
                                      CARO MARKS
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13                                    ARMANDO SOLORIO-ARROYO

15  Dated:  September 12, 2008         MCGREGOR SCOTT
                                       United States Attorney
16

17                                     /s/ Daniel McConkie
                                       _____
18                                     DANIEL MCCONKIE
                                       Assistant U.S. Attorney

21                                    ORDER

22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23  ordered that the status conference presently set for September 19,
24  2008, be continued to October 17, 2008, at 10:00 a.m.  Based on the
25  representation of defense counsel and good cause appearing therefrom,
26  the Court hereby finds that the failure to grant a continuance in this
27  case would deny defense counsel reasonable time necessary for effective
28  preparation, taking into account the exercise of due diligence.  The

Stip & Order/Ralph Adamson          -2-

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time from this date to, and
4  including, the October 17, 2008 status conference shall be excluded
5  from computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
8  time to prepare.
9  Dated:    September 15, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior United States District Judge