DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO SOLORIO-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff, )<br>)<br>    v. )<br>)<br>ARMANDO SOLORIO-ARROYO, )<br>)<br>         Defendant. )<br>_____ ) | No. CR-S-08-305 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  November 21, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel McConkie, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant Armando Solorio-Arroyo, that the Status Conference now scheduled for October 17, 2008 be vacated, and a new status conference date of November 21, 2008 be set.

This continuance is requested due to the unavailability of counsel for plaintiff.

IT IS STIPULATED that the period from the signing of this Order up to and including November 21, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant

1  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
2  preparation of counsel.
3  Dated: October 14, 2008            Respectfully submitted,
4                                     DANIEL BRODERICK
                                      Federal Defender
5
                                      /s/ Matthew C. Bockmon
6                                     _____
                                      MATTHEW C. BOCKMON
7                                     Assistant Federal Defender
                                      Attorney for Defendant
8                                     ARMANDO SOLORIO-ARROYO
9
   Dated:  October 14, 2008           MCGREGOR SCOTT
10                                    United States Attorney
11
                                       /s/ Daniel McConkie
12                                    _____
                                      DANIEL MCCONKIE
13                                    Assistant U.S. Attorney
14
15                             ORDER
16       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17 ordered that the status conference presently set for October 17, 2008,
18 be continued to November 21, 2008, at 10:00 a.m.  The Court finds that
19 the ends of justice to be served by granting a continuance outweigh the
20 best interests of the public and the defendant in a speedy trial.  It
21 is ordered that time from this date to, and including, the November 21,
22 2008 status conference shall be excluded from computation of time
23 within which the trial of this matter must be commenced under the
24 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
25 Local Code T-4, to allow defense counsel time to prepare.
26 Dated: October 14, 2008
27                                    /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
28                                    United States District Judge

Stip & Order                    -2-