1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
ARMANDO SOLORIO-ARROYO

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,        )  No. CR-S-08-305 EJG
                                    )
13              Plaintiff,          )
                                    )  **STIPULATION AND ORDER TO CONTINUE**
14       v.                         )  **STATUS CONFERENCE**
                                    )
15 ARMANDO SOLORIO-ARROYO,          )
                                    )  Date:  February 13, 2009
16              Defendant.          )  Time:  10:00 a.m.
                                    )  Judge: Hon. Edward J. Garcia
17 _____  )

19     IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel
20 McConkie, Assistant United States Attorney, and Matthew C. Bockmon,
21 attorney for defendant Armando Solorio-Arroyo, that the Status
22 Conference now scheduled for February 13, 2009 be vacated, and a new
23 status conference date of March 6, 2009 be set.
24     This continuance is being requested because of on-going defense
25 investigation and preparation.
26     IT IS STIPULATED that the period from the signing of this Order up
27 to and including March 6, 2009 be excluded in computing the time within
28 which trial must commence under the Speedy Trial Act, pursuant to 18

1 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation
2 of counsel.

3 Dated: February 12, 2009            Respectfully submitted,

4                                     DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Matthew C. Bockmon
                                      _____
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ARMANDO SOLORIO-ARROYO

Dated:  February 12, 2009             LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/ Daniel McConkie
                                      _____
                                      DANIEL MCCONKIE
                                      Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 13, 2009, be continued to March 6, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the March 6, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   February 12, 2009

                                      /s/ Edward J. Garcia
                                      _____
                                      EDWARD J. GARCIA
                                      United States District Judge

Stip & Order                          -2-