```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ARMANDO SOLORIO-ARROYO
```




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-305 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| ARMANDO SOLORIO-ARROYO, | ) |
| Defendant. | ) Date: July 10, 2009<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between the parties, Michael Anderson, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and counsel for defendant Armando Solorio-Arroyo, that the Status Conference now scheduled for June 5, 2009 be vacated, and a new status conference date of July 10, 2009 be set.

This continuance is being requested because upon further research and investigation, the defense believes the defendant has a legitimate claim to derivative citizenship under Immigration and Nationality Act (INA) § 320, 8 U.S.C. § 1431. The defendant's mother and grandparents

are naturalized citizens of the United States. His father is a U.S.-born citizen. Under these circumstances, provided certain other criteria are met, the defendant may become a citizen of the U.S. derivatively.

Undersigned defense counsel was on medical leave for five months between September, 2008 and March, 2009, and was unable to conduct the necessary investigation and research to explore this claim. A minimum of six weeks is required because the proof involves acquiring family documents such as birth certificates, marriage certificates, passports, etc., and it will take that long to interview the defendant's family members (in Stockton) and gather the documents.

IT IS STIPULATED that the period from the signing of this Order up to and including July 10, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: May 28, 2009          Respectfully submitted,

                             DANIEL BRODERICK
                             Federal Defender

                             /s/ Caro Marks

                             CARO MARKS
                             Assistant Federal Defender
                             Attorney for Defendant
                             ARMANDO SOLORIO-ARROYO

Dated: May 28, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Michael Anderson

                             MICHAEL ANDERSON
                             Assistant U.S. Attorney

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | **ORDER**                                                                            |
| 2   | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is                      |
| 3   | ordered that the status conference presently set for June 5, 2009, be                |
| 4   | continued to July 10, 2009, at 10:00 a.m. The Court finds that the                   |
| 5   | ends of justice to be served by granting a continuance outweigh the                  |
| 6   | best interests of the public and the defendant in a speedy trial. It                 |
| 7   | is ordered that time from this date to, and including, the July 10,                  |
| 8   | 2009 status conference shall be excluded from computation of time                    |
| 9   | within which the trial of this matter must be commenced under the                    |
| 10  | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and               |
| 11  | Local Code T-4, to allow defense counsel time to prepare.                            |
| 12  | Dated: 5/29/09                                                                       |
| 13  |                                                                                      |
| 14  | EDWARD J. GARCIA<br>United States District Judge                                     |

Stip & Order: Solorio-Arroyo            -3-