DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO SOLORIO-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-305 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ARMANDO SOLORIO-ARROYO, | ) |
| Defendant. | ) Date: September 25, 2009 |
|  | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between the parties, Michael Anderson, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and counsel for defendant Armando Solorio-Arroyo, that the Status Conference now scheduled for July 10, 2009 be vacated, and a new status conference date be set of September 25, 2009.

This continuance is being requested to allow defense counsel to continue her research and investigation of defendant's viable claim to derivative citizenship under Immigration and Nationality Act (INA) § 320, 8 U.S.C. § 1431.

The defendant is charged with illegal reentry, 8 U.S.C. § 1326. As noted in a previously filed stipulation, the defendant's mother and grandparents are naturalized citizens of the United States. His adoptive father is a U.S.-born citizen. Under these circumstances, provided certain other criteria are met, the defendant may become a citizen of the U.S. derivatively.

Undersigned defense counsel was on medical leave for five months between September, 2008 and March, 2009, and was unable to conduct the necessary investigation and research to explore this claim. Now the defense has launched a full-scale investigation of the defendant'S claim.  Such an investigation requires, at a minimum, that the defense interview various family members (some residing in the U.S. and some in Mexico; most speak English but some do not), AND/or send written requests to a host of U.S. agencies, to amass the following documents:

   1) Naturalization or other immigration documents of the defendant's mother and siblings;

   2) Declarations by any naturalized family members not in possession of the official naturalization documents;

   3) The defendant's school records (the tenure of his and his parents' residency in the U.S. is relevant to the derivative citizenship claim and must be proved);

   4) Declarations by siblings or third parties with knowledge of defendant's mother's residency and physical presence in the U.S. during a specific period of time;

   5) The defendant's mother's and father's social security records;

   6) The defendant's birth certificate;

   7) The defendant's marriage certificate;

   8) The defendant's employment record;

Stip & Order: Solorio-Arroyo          -2-

1    9) The defendant's mother's employment record (if one exists);

2    10) Deeds, mortgages, or leases showing the defendant's mother's
3 residency in the U.S.;

4    11) Census records that would prove to show the same;

5    12) A copy of the adoption decree of defendant by his father, who
6 is a U.S. citizen; and

7    13) A copy of the defendant's mother's A-file (#A90-545-697).
8 The last time this defense counsel (successfully) proved a claim of
9 derivative citizenship it took an entire year, because once the above
10 documents (and others) are gathered, they must be organized,
11 supplemented with declarations of legal memoranda, and then presented
12 to the passport agency or other agency of the United States.
13 Therefore, while undersigned hopes to have much of this investigation
14 completed by September 25, 2009, it is possible another continuance
15 will be requested.

16    IT IS STIPULATED that the period from the signing of this Order up
17 to and including September 25, 2009 be excluded in computing the time
18 within which trial must commence under the Speedy Trial Act, pursuant
19 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
20 preparation of counsel.

21 Dated: July 6, 2009          Respectfully submitted,

22

23                                    DANIEL BRODERICK
                                      Federal Defender
24
                                       /s/ Caro Marks
25                                    _____
                                      CARO MARKS
26                                    Assistant Federal Defender
                                      Attorney for Defendant
27                                    ARMANDO SOLORIO-ARROYO

28

Stip & Order: Solorio-Arroyo         -3-

Dated:  July 6, 2009           LAWRENCE G. BROWN
                               Acting United States Attorney


                                /s/ Michael Anderson
                               _____
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 10, 2009, be continued to September 25, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to and including the September 25, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: July 7, 2009

                                /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               Senior United States District Judge

Stip & Order: Solorio-Arroyo        -4-