```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO SOLORIO-ARROYO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO SOLORIO-ARROYO, <br><br> Defendant. | No. CR-S-08-305 EJG <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Date:  November 6, 2009 <br> Time:  10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between the parties, Michael Anderson, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and counsel for defendant Armando Solorio-Arroyo, that the Status Conference now scheduled for September 25, 2009 be vacated, and a new status conference date be set of November 6, 2009.

   This continuance is being requested as defense counsel completes a complicated research inquiry to determine whether the defendant has a claim to derivative citizenship by virtue of having been adopted by his stepfather, a U.S. citizen. This was the second of the defendant's two claims to possible derivative U.S. citizenship.  The research is now complete. The defendant cannot make a successful claim for derivative

citizenship. Now, defense counsel needs time to review the plea agreement, and to travel to Butte County Jail to review it with the defendant.

IT IS STIPULATED that the period from the signing of this Order up to and including November 6, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), for ongoing preparation of counsel.

Dated: September 23, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ARMANDO SOLORIO-ARROYO

Dated:  September 23, 2009          LAWRENCE G. BROWN
                                    United States Attorney

/s/ Michael Anderson
_____
MICHAEL ANDERSON
Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 25, 2009, be continued to November 6, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to and including the November 6, 2009 status conference shall be excluded from computation

Stip & Order: Solorio-Arroyo         -2-

x

1  of time within which the trial of this matter must be commenced under
2  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv),
3  to allow defense counsel time to prepare.
4  Dated:   September 23, 2009

/s/ Edward J. Garcia
UNITED STATES DISTRICT JUDGE

Stip & Order: Solorio-Arroyo         -3-