DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO SOLORIO-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-305 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE** |
| | ) | |
| ARMANDO SOLORIO-ARROYO, | ) | |
| | ) | Date: January 29, 2010 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between the parties, Michael Anderson, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and counsel for defendant Armando Solorio-Arroyo, that the Status Conference now scheduled for December 11, 2009 be vacated, and a set for a change of plea on January 29, 2010.

   This continuance is being requested to allow defense counsel sufficient time to travel to Butte County Jail and review the plea agreement with the defendant.  Due to the defendant's unusual immigration history the government's offer is not a straightforward "fast track" offer and it will take defense counsel more time than usual to review the plea agreement with the defendant and explain the

offer.

IT IS STIPULATED that the period from the signing of this Order up to and including January 29, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), for ongoing preparation of counsel.

Dated: December 9, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ARMANDO SOLORIO-ARROYO

Dated: December 9, 2009                BENJAMIN WAGNER
                                       United States Attorney

                                       /s/ Michael Anderson
                                       _____
                                       MICHAEL ANDERSON
                                       Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 11, 2009, be vacated and set for a change of plea on January 29, 2010, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from this date to and including the January 29, 2010 change of plea shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

Stip & Order: Solorio-Arroyo        -2-

3161(h)(7)(A) and (B)(iv), to allow defense counsel time to prepare.

Dated:    December 9, 2009

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior United States District Judge