```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARMANDO SOLORIO-ARROYO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>ARMANDO SOLORIO-ARROYO,              )<br>                                     )<br>            Defendant.               )<br>                                     )<br>_____) | No. CR-S-08-305 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  February 5, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED AND AGREED between the parties, Michael Anderson, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and counsel for defendant Armando Solorio-Arroyo, that the Status Conference now scheduled for January 29, 2010 be vacated, and a set for a change of plea on February 5, 2010.

    This continuance is being requested to allow defense counsel sufficient time to travel to Butte County Jail and review the plea agreement with the defendant.  Due to the defendant's unusual immigration history the government's offer is not a straightforward "fast track" offer and it will take defense counsel more time than usual to review the plea agreement with the defendant and explain the

1  offer.

2      IT IS STIPULATED that the period from the signing of this Order up
3  to and including February 5, 2010 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(7)(B)(iv), for ongoing preparation of counsel.
6  Dated: January 28, 2010

7                              Respectfully submitted,

8                              DANIEL BRODERICK
                            Federal Defender
9
                            /s/ Caro Marks
10                             _____
                            CARO MARKS
11                             Assistant Federal Defender
                            Attorney for Defendant
12                             ARMANDO SOLORIO-ARROYO

13

14 Dated: January 28, 2010        BENJAMIN WAGNER
                            United States Attorney
15

16                             /s/ Michael Anderson

17                             _____
                            MICHAEL ANDERSON
                            Assistant U.S. Attorney
18

19                                      **ORDER**

20     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21 ordered that the status conference presently set for January 29, 2010,
22 be vacated and set for a change of plea on February 5, 2010, at 10:00
23 a.m.  The Court finds that the ends of justice to be served by granting
24 a continuance outweigh the best interests of the public and the
25 defendant in a speedy trial.  It is ordered that time from this date to
26 and including the February 5, 2010 change of plea shall be excluded
27 from computation of time within which the trial of this matter must be
28 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

Stip & Order: Solorio-Arroyo        -2-

3161(h)(7)(A) and (B)(iv), to allow defense counsel time to prepare.

Dated: January 28, 2010

                                          /s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Stip & Order: Solorio-Arroyo            -3-